433 A.2d 122

Yeaple, Appellant, v. Yeaple.

Argued March 6, 1980.
Gerald E. Ruth, for appellant; Samuel M. Learned, for appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Affirmed.